UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

BRIGHT I. FALODUN,  Civ. No. 04-3812 (JNE/SRN)

    Petitioner,

v.  **ORDER**

LISA J.W. HOLLINGSWORTH,
Warden, FCI-Sandstone, Minnesota

    Respondent.

---

Bright I. Falodun, Federal Correctional Institution - Sandstone, P.O. Box 1000, Sandstone, Minnesota, for Petitioner, pro se.

David J. MacLaughlin, Assistant U.S. Attorney, 300 South Fourth Street, Minneapolis, Minnesota, 55415, for Respondent.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated September 12, 2005. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1.  Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED** and **DISMISSED WITH PREJUDICE**.

DATED: October 11, 2005      *s/ Joan N. Ericksen*
    JOAN N. ERICKSEN
    United States District Court Judge